UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER CRAWFORD, JR.,

    Plaintiff,

v.

FIDELITY BROKERAGE SERVICES, LLC,
and MICHAEL RALSTON,

    Defendants.
_____/

No. 23-13283

Honorable Nancy G. Edmunds

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Christopher Crawford, Jr. brings claims against Defendants Fidelity Brokerage Services LLC and Michael Ralston under Michigan common law (defamation and wrongful termination), Michigan's Elliott-Larsen Civil Rights Act ("ELCRA"), and Title VII of the Civil Rights Act ("Title VII"). The Court has federal question jurisdiction over Plaintiff's Title VII claims (Counts III and V), but Plaintiff's common law and ELCRA claims (Counts I, II, IV, and VI) are based on state law. Because the parties in this case appear to be nondiverse, the Court declines to exercise supplemental jurisdiction over the state law claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to § 1367(c), Plaintiff's state law claims are hereby DISMISSED WITHOUT PREJUDICE. The Court will retain jurisdiction over Plaintiff's federal claims only.

    SO ORDERED.

                                   s/Nancy G. Edmunds
                                   Nancy G. Edmunds
Dated: January 10, 2024       United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 10, 2024, by electronic and/or ordinary mail.

            s/Lisa Bartlett
            Case Manager